Dismissed and Opinion filed May 30, 2002









Dismissed and Opinion filed May 30, 2002.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-02-00199-CR

____________

 

MICHAEL TRAHAN, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On
Appeal from the 263rd District Court

Harris County, Texas

Trial
Court Cause No. 879,384

 



 

M E M O R A N D U M  O P I N I O N

On May 23, 2002, appellant filed a motion to dismiss the
appeal because the trial court has granted his motion for new trial.  See Tex.
R. App. P. 2 and 42.2.  In addition, the trial court granted the
State=s motion to dismiss the case.  The appeal has been rendered moot.  We grant the motion to dismiss.

Accordingly, we order the appeal dismissed.  We direct the Clerk of the Court to issue the
mandate of the Court immediately.

PER CURIAM








Judgment rendered
and Opinion filed May 30, 2002.

Panel consists of
Chief Justice Brister and Justices Anderson and Frost.

Do not publish ‑
Tex. R. App. P. 47.3(b).